578

360 A.2d 664

COMMONWEALTH

v.

CIVITARESE, Appellant.

Submitted March 22, 1976. Joel M. Breit-stein, for appellant; Frederick S. Wolfson, Assistant District Attorney, and George E. Christianson, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed; petition for reargument refused July 27, 1976.